UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
06/26/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAUNA N. BOATRIGHT, )<br>)<br>Defendant. ) | CAUSE NO.   2:23-CR-00010-JPH-CMM |

### INFORMATION

The United States Attorney charges that:

### COUNT 1
18 U.S.C. § 201(b)(2)
Public Official Accepting a Bribe

From as early as in or about September 2021, through in or about October 2021, in the Terre Haute Division of the Southern District of Indiana, and elsewhere,

SHAUNA N. BOATRIGHT,

the Defendant herein, a public official, did directly and indirectly corruptly demand, seek, receive, accept and agree to receive and accept something of value personally, or for any other person, in return for being influenced in the performance of an official act and for being induced to do an act in violation of the official duty of such official, that is, BOATRIGHT, an employee of the United States Department of Justice, Federal Bureau of Prisons, as a correctional treatment specialist at the Federal Correctional Complex, Terre Haute (FCC-TH), did corruptly demand and accept money from associates of inmates at FCC-TH and in return provided those inmates of FCC-TH with prohibited objects, that is tobacco.

All of which is in violation of Title 18, United States Code, Section 201(b)(2).

ZACHARY A. MYERS
UNITED STATES ATTORNEY

By: _____
James M. Warden
Assistant United States Attorney

By: _____
Kyle M. Sawa
Chief, General Crimes Unit